```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 38808
   JOCELYN D BUCKNER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8165


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED          349.64           .00          349.64
CASHLAND FINANCIAL SERVI   UNSECURED          478.60           .00          478.60
CASH AMERICAN FINANCIAL    NOTICE ONLY     NOT FILED           .00             .00
DOMINICKS FINER FOODS      NOTICE ONLY     NOT FILED           .00             .00
COOK COUNTY STATES ATTY    NOTICE ONLY     NOT FILED           .00             .00
PAYDAY LOAN                UNSECURED       NOT FILED           .00             .00
PDL FINANCIAL SERVICES     UNSECURED          300.00           .00          300.00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED           .00             .00
SUN CASH                   UNSECURED       NOT FILED           .00             .00
FAST CASH ADVANCE          UNSECURED          727.84           .00          727.84
FIRST CONSUMERS NB         UNSECURED          851.56           .00          851.56
TIMOTHY K LIOU             REIMBURSEMENT        9.20           .00            9.20
NATIONAL ACTION FINANCIA   NOTICE ONLY     NOT FILED           .00             .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED           .00             .00
LOAN MACHINE               UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED          738.01           .00          738.01
HOUSEHOLD  BANK            NOTICE ONLY     NOT FILED           .00             .00
TIMOTHY K LIOU             DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           366.36
DEBTOR REFUND              REFUND                                            166.62

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             6,687.83

PRIORITY                                    9.20
SECURED                                      .00
UNSECURED                               3,445.65
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                      366.36

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 38808 JOCELYN D BUCKNER
```

```
DEBTOR REFUND                                                    166.62
                                    ---------------      ---------------
TOTALS                                     6,687.83             6,687.83
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 04/24/08                _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 38808 JOCELYN D BUCKNER